[No. 47585–7. En Banc. November 22, 1982.]

FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent,* v. WILLIAM REES, *Appellant,* JOHN J. McLEOD, ET AL, *Petitioners.*

Reconsideration dismissed at the request of the parties November 22, 1982.